# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1769
_____

Ryan Koerdt

*Plaintiff - Appellant*

v.

Sheridan School District; Brenda Haynes, Individually and in her official capacity
as Superintendent of the Sheridan School District

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: March 16, 2016
Filed: June 20, 2016
[Unpublished]
_____

Before WOLLMAN, BENTON, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Ryan Koerdt appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Having considered the briefs and the record in light of the standard of review set forth in Jain v. CVS Pharmacy, Inc., 779 F.3d 753, 759 (8th Cir. 2015), we conclude that no extended discussion is necessary, and thus we affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.